688 A.2d 708

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard A. DICKINSON, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 23, 1997.

Robert J. Reilley, Jr., for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 23rd day of January, 1997, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court affirming petitioner's conviction under 75 Pa.C.S. § 3731(a)(5) is REVERSED and the judgment of sentence is VACATED on the basis of this Court's opinion in *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996).